**Entered on Docket
March 22, 2010**

_____
Hon. Linda B. Riegle
United States Bankruptcy Judge

**WILDE & ASSOCIATES**
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
208 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone:  702 258-8200
bk@wildelaw.com
Fax:  702 258-8787
and
MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000
Bank of America, National Association as seccessor by merger to LaSalle Bank National Association, as
Trustee for the C-Bass Mortgage Loan Asset-BAcked Certificates, Series 2006-CB7
09-78248

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In Re: | BK-09-27460-lbr |
|---|---|
| Roy Brewer and Wendy Sunshine Brewer | Date:  3/10/10<br>Time: 10:00am |
| Debtors | Chapter 13 |

## ORDER VACATING AUTOMATIC STAY

1   IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the

2   above-entitled bankruptcy proceedings is immediately vacated and extinguished for all purposes as to

3   Secured Creditor Bank of America, National Association as seccessor by merger to LaSalle Bank

4   National Association, as Trustee for the C-Bass Mortgage Loan Asset-BAcked Certificates, Series

5   2006-CB7, its assignees and/or successors in interest, of the subject property, generally described as

6

7   6516 Quantum Lane, Las Vegas, NV 89130, and legally described as follows:

8   LOT THIRTEEN (13) IN BLOCK TWO 92) OF NORTHSTART ESTATES UNIT 3, AS
    SHOWN BY MAP THEREOF ON FILE IN BOOK 52 OF PLATS, PAGE 20, IN THE

9   OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA.

10   IT IS FURTHER ORDERED that any Notice of Default recorded against this particular

11   property shall be rescinded and all foreclosure proceeding shall be started over with a new notice of

12   Default. The Debtor can promptly submit a copy of this Order to the State of Nevada, Foreclosure

13   Mediation Program and the Order will be construed as an agreement between the Secured Creditor and

14   Debtor that they have voluntarily agreed to mediation under the Nevada State Foreclosure Mediation

15   Program pursuant to Rule 6 of said program.  The necessary information can be accessed at

16

17   http://www.nevadajudiciary.us".

18   IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall give

19   Debtors at least seven business days' notice of the time, place and date of sale.

20   //

21   //

22   //

23   //

24   //

25   //

26   //

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Secured Creditor hereby withdraws its secured Proof of Claim filed in this matter. The Secured Creditor shall notify the Trustee of the completion of the foreclosure sale. If applicable, Secured Creditor may thereafter amend its secured Proof of Claim to an unsecured Proof of Claim no later than forty-five (45) days after the foreclosure sale.

DATED this _____ day of _____, 2010.

Submitted by:

**WILDE & ASSOCIATES**

By:_____
**Gregory L. Wilde, Esq.**
Attorney for Secured Creditor
208 South Jones Boulevard
Las Vegas, Nevada 89107

APPROVED / DISAPPROVED

By:_____
Matthew E. Aaron
2300 W. Sahara, Suite 650
Las Vegas, NV 89102
Attorney for Debtor(s)

Nevada Bar No:_____

APPROVED / DISAPPROVED

By:_____
Rick A. Yarnall
701 Bridger Avenue #820
Las Vegas, NV 89101
Chapter 13 Trustee

In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):

_____ The court waived the requirements of LR 9021.

_____ No parties appeared or filed written objections, and there is no trustee appointed in the case.

_____ No parties appeared or filed written objections, and the trustee is the movant.

__x__ This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

Debtor's counsel:

_____ approved the form of this order        _____ disapproved the form of this order

_____ waived the right to review the order and/or    __x__ failed to respond to the document

_____ appeared at the hearing, waived the right to review the order

_____ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:

_____ approved the form of this order        _____ disapproved the form of this order

_____ waived the right to review the order and/or    __x__ failed to respond to the document


_____ This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any trustee appointed in this case any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below.

Debtor's counsel:

_____ approved the form of this order        _____ disapproved the form of this order

_____ waived the right to review the order and/or    _____ failed to respond to the document

_____ appeared at the hearing, waived the right to review the order

_____ matter unopposed, did not appear at the hearing, waived the right to review the order

Trustee:

_____ approved the form of this order        _____ disapproved the form of this order

_____ waived the right to review the order and/or    _____ failed to respond to the document


_____ I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objection.


Submitted by:

_/s/ Gregory L. Wilde, Esq._

Gregory L. Wilde, Esq.

Attorney for Secured Creditor